**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6912**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID EDWARD ADAMS,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:06-cr-00022-SGW-1)

———————

Submitted:  September 9, 2015     Decided:  September 14, 2015

———————

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Edward Adams, Appellant Pro Se.  Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Edward Adams appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Adams</u>, No. 7:06-cr-00022-SGW-1 (W.D. Va. May 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>